ACCEPTED
06-15-00162-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/9/2015 3:06:22 PM
DEBBIE AUTREY
CLERK

**IN THE**

**COURT OF APPEALS**

**SIXTH SUPREME JUDICIAL DISTRICT**

**OF TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/9/2015 3:06:22 PM
DEBBIE AUTREY
Clerk

**TRIAL COURT NO. CR2014-385**

**DOCKET NOS. 06-15-00162-CR**

**THE STATE OF TEXAS**

**VS.**

**JAMES SCHWING**

---

**ON APPEAL FROM THE**

**207TH JUDICIAL DISTRICT COURT**

**OF BEXAR COUNTY, TEXAS**

---

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

To The Honorable Judges of The Court of Appeals:

Appellant in the above styled and numbered causes by and through his attorney, makes this Motion For Extension of Time to File Appellant's Brief, pursuant to the Texas Rules of Appellate Procedure and as grounds therefore would show the Court:

I.

This cause was heard in the 207th Judicial District Court of Comal County, Texas.

II.

The Trial Court cause number and style are as indicated above.

III.

Appellant was convicted of the offense of Possession of a Controlled Substance.

IV.

Appellant was assessed a punishments of 18 years confinement in the TDCJ institutional division and a fine of $1800.

V.

The Court has granted no previous extensions to file Appellant's brief.

VI.

The length of time requested for the extension is until December 15, 2015.

VII.

Good cause for the requested extension exists because the undersigned counsel was not trial counsel for Appellant and was appointed by the Court after trial counsel withdrew from representation of Appellant on Appeal. In addition, though counsel attempted to secure the record from the District Clerk on two occasions he was unable to do so and finally received the record by requesting it from the Court reporter on November 6, 2015. In addition, counsel's appointment in two capital murder cases has caused scheduling conflicts in his remaining cases.

**PRAYER**

Wherefore, Appellant by and through his attorney of record, prays that the Court will grant this motion and extend the time for filing Appellant's Brief until December 15, 2015.

Respectfully Submitted,

/s/C. Wayne Huff_____
C. Wayne Huff
P.O. Box 2334
Boerne, Texas 78006
Bar Card No. 10180600
(210) 488-4440
Facsimile (830) 230-5567

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned attorney of record of Appellant hereby certifies that a true and correct copy of the foregoing motion was served upon the District Attorney for Comal county, on November 9, 2015.

/s/C. Wayne Huff_____
C. WAYNE HUFF